1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2   *A PROFESSIONAL LAW CORPORATION*
    4328 Redwood Hwy., Suite 300
3   San Rafael, CA 94903
    Telephone:   415/674-8600
4   Facsimile:    415/674-9900

5   Attorneys for Plaintiffs
    MARSHALL LOSKOT
6   and DISABILITY RIGHTS
    ENFORCEMENT, EDUCATION,
7   SERVICES: HELPING YOU
    HELP OTHERS

8

             UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 MARSHALL LOSKOT, an individual; and ) | **CV-08-5366-SBA** |
| DISABILITY RIGHTS, ENFORCEMENT, ) | |
| EDUCATION, SERVICES:HELPING YOU ) | **STIPULATION AND [PROPOSED]** |
| 12 HELP OTHERS, a California public benefit ) | **ORDER EXTENDING TIME FOR** |
| corporation, ) | **DEFENDANTS SODINI ENTERPRISES,** |
| 13 ) | **INC., a California corporation, dba** |
| Plaintiffs, ) | **BERTOLUCCI'S RISTORANTE; PETER** |
| 14 ) | **D. SODINI, TRUSTEE, and VICTORIA A.** |
| v. ) | **SODINI, TRUSTEE of the SODINI** |
| 15 ) | **FAMILY TRUST TO RESPOND TO** |
| ) | **PLAINTIFF'S COMPLAINT AND THE** |
| 16 BERTOLUCCI'S RISTORANTE; SODINI ) | **MOTION TO DISMISS WITHDRAWN** |
| ENTERPRISES, INC., a California ) | |
| 17 corporation, dba BERTOLUCCI'S ) | |
| RISTORANTE; PETER D. SODINI, ) | |
| 18 TRUSTEE, and VICTORIA A. SODINI, ) | |
| TRUSTEE of the SODINI FAMILY ) | |
| 19 TRUST, ) | |
| ) | |
| 20 ) | |
| Defendants. ) | |
| 21 _____ ) | |

22       Plaintiffs MARSHALL LOSKOT, an individual and DISABILITY RIGHTS,

23 ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS ("DREES"),

24 and Defendants SODINI ENTERPRISES, INC., a California corporation, dba BERTOLUCCI'S

25 RISTORANTE; PETER D. SODINI, TRUSTEE, and VICTORIA A. SODINI, TRUSTEE of the

26 SODINI FAMILY TRUST, by and through their respective counsel, respectfully request and

27 make the following stipulation:

28   **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS SODINI ENTERPRISES, INC., a California
    corporation, dba BERTOLUCCI'S RISTORANTE; PETER D. SODINI, TRUSTEE, and VICTORIA A. SODINI, TRUSTEE of the
    SODINI FAMILY TRUST TO RESPOND TO PLAINTIFF'S COMPLAINT AND THE  MOTION TO DISMISS WITHDRAWN
                                             CASE NO. 08-5366-SBA**

1.      Whereas, there was an issue to service of process; and

2.      Whereas, defendants have made a Motion to Dismiss, based upon erroneous service; and

3.      Whereas, defendant's  Motion to Dismiss currently set for April 7, 2009, is hereby withdrawn; and

4.      Whereas, the parties have met and conferred; and

5.      Whereas, the parties desire to facilitate judicial economy to the parties themselves and the Court; and

6.      Whereas, defendants have agreed to waive service on the condition that they have a 30-day extension to respond to plaintiff's complaint; and

7.      Whereas plaintiffs' have agreed to grant a 30-day extension of time for defendants to respond to the complaint from the date of filing this stipulation conditioned on defendants withdrawing their Motion to dismiss; and

8.      Whereas, defendants SODINI ENTERPRISES, INC., a California corporation, dba BERTOLUCCI'S RISTORANTE; PETER D. SODINI, TRUSTEE, and VICTORIA A. SODINI, TRUSTEE of the SODINI FAMILY TRUST have agreed to withdraw their Motion to dismiss.  The deadline for defendants to respond to plaintiff's complaint shall be 30-days, to and including April 16, 2009.

///
///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS SODINI ENTERPRISES, INC., a California corporation, dba BERTOLUCCI'S RISTORANTE; PETER D. SODINI, TRUSTEE, and VICTORIA A. SODINI, TRUSTEE of the SODINI FAMILY TRUST TO RESPOND TO PLAINTIFF'S COMPLAINT AND THE  MOTION TO DISMISS WITHDRAWN
CASE NO. 08-5366-SBA     2

**IT IS SO STIPULATED:**

That the last day for defendants' SODINI ENTERPRISES, INC., a California corporation, dba BERTOLUCCI'S RISTORANTE; PETER D. SODINI, TRUSTEE, and VICTORIA A. SODINI, TRUSTEE of the SODINI FAMILY TRUST, to respond to the complaint be extended up to and including April 16, 2009, and defendant's Motion to dismiss set for April 7, 2009, is hereby withdrawn.

Respectfully submitted.


DATED: March 13, 2009                    THOMAS E. FRANKOVICH,
                                         *A PROFESSIONAL LAW CORPORATION*


                                         By: _____/S/_____
                                             Thomas E. Frankovich
                                         Attorneys for Plaintiffs MARSHALL LOSKOT and
                                         DISABILITY RIGHTS, ENFORCEMENT,
                                         EDUCATION, SERVICES: HELPING YOU HELP
                                         OTHERS, a California public benefit corporation

///

///

///

///

///

///

///

///

///

///

///

///

///

DATED: March 16, 2009          BRADLEY KASS, ESQ.,
                               KASS & KASS LAW OFFICES


                               By:                    /S/
                                        Bradley Kass, Esq.
                               Attorneys for Defendants SODINI ENTERPRISES,
                               INC., a California corporation, dba
                               BERTOLUCCI'S RISTORANTE; PETER D.
                               SODINI, TRUSTEE, and VICTORIA A. SODINI,
                               TRUSTEE of the SODINI FAMILY TRUST


### ORDER

IT IS HEREBY ORDERED that the Defendants' SODINI ENTERPRISES, INC., a California corporation, dba BERTOLUCCI'S RISTORANTE; PETER D. SODINI, TRUSTEE, and VICTORIA A. SODINI, TRUSTEE of the SODINI FAMILY TRUST are granted an extension of time to and including April 16, 2009, to answer or otherwise respond to plaintiff's complaint, and defendant's Motion to dismiss set for April 7, 2009, is hereby withdrawn.


DATED:  3/26          , 2009          
                                      HON. SAUNDRA B. ARMSTRONG
                                      United States District Judge