UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARSHALL LOSKOT, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BERTOLUCCI'S RISTORANTE; et al.,<br><br>    Defendants. | Case No: C 08-5366 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

    The Court having been notified of the settlement of this action (Docket 15), and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion within 30 days of the date this order is filed. All scheduled dates are VACATED. The Clerk shall terminate any pending matters.

    IT IS SO ORDERED.

Dated: February 11, 2010

                                                    SAUNDRA BROWN ARMSTRONG<br>
                                                    United States District Judge